IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| DEBI FRYE, Administrator of the Estate of Ellis Frye and in her individual capacity, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 3:22-cv-00070 ) |
| SCOTT H. JENKINS, ET AL. | ) ) |
| Defendants. | ) ) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, Defendants' Motions to Dismiss, Dkts. 32, 34, are **GRANTED**. Frye's claims against the Sherriff's Office are **DISMISSED WITH PREJUDICE**. Frye's monetary claims against Jenkins and Dorrough in their official capacities are **DISMISSED WITH PREJUDICE**. Count III of this action is **DISMISSED WITHOUT PREJUDICE**. The case remains pending against Jenkins and Dorrough in their individual capacities as to Counts I, II, IV, and V.

It is so **ORDERED**.

Entered: July 19, 2023

*Robert S. Ballou*

Robert S. Ballou
United States District Judge